1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   JODI GAY FOSTER,

12              Plaintiff,          No. Civ. S-10-0894 FCD EFB

13       v.                         **ORDER FOR SANCTIONS AND TO**
                                    **SHOW CAUSE**
14   JOHNSON & JOHNSON, et al.,

15              Defendants.
     _____/

16

17       On August 25, 2010, the Court issued a Minute Order

18   requiring that a declaration as to the status of the case be

19   filed within fourteen (14) days of the Minute Order.

20       As of September 17, 2010, no such declaration has been

21   received, nor has a joint status report been filed.  Accordingly,

22   the court makes the following orders:

23       1. Plaintiff's counsel, Mr. David E. Smith, shall pay

24   sanctions in the amount of **$150.00**. Payment should be in the form

25   of a check made payable to the Clerk of the Court. The sum is to

26   be paid personally by plaintiff's counsel **not later than fourteen**

27   **(14) days** from the filing of this Order for Sanctions.

28   ///

2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

The court finds plaintiff's counsel's continual failure to comply with the court's orders a very serious violation and hereby makes the following orders:

1. Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2. Plaintiff's counsel shall file a response to the order to show cause on or before October 8, 2010.

3. A hearing on this order to show cause is set for Friday, October 22, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: September 17, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2